IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3085 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ERICK I. PEREZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a letter from Mr. Perez.  The letter should be treated confidentially and provided to the prosecutor and defense counsel.

IT IS THEREFORE ORDERED that:

1.    The Clerk shall file the letter as a restricted document;

2.    Notice shall be given to defense counsel and the prosecutor of the filing of the letter;

3.    The prosecutor may take such action as he or she deems appropriate;

4.    The Clerk shall provide Mr. Perez with a copy of this memorandum and order.

DATED this 27th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge