IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3085 |
| | ) | |
| V. | ) | |
| | ) | |
| ERICK I. PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)   Treating the letter (filing 46) as a motion, the motion is denied.

(2)   The Clerk of Court shall provide a copy of this order to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

DATED this 8th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge